# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| DEBRA PLACETTE a/k/a Debra Innocenti, | ) |
| Plaintiff, | ) |
| V. | ) CIVIL ACTION NO. SA-21-CA-1130-FB |
| CITIMORTGAGE, INC., and CENLAR, FSB, | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT

Before the Court is Defendants' Unopposed Motion to Dismiss. (Docket no. 8). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendants' Unopposed Motion to Dismiss (docket no. 8) is GRANTED such that plaintiff's claims against defendants Citimortgage, Inc. and Cenlar, FSB are DISMISSED WITHOUT PREJUDICE. All relief not expressly granted herein in DENIED.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 13th day of December, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE